THE STATE OF OHIO, APPELLANT, *v.* BROOKS, APPELLEE.

[Cite as *State v. Brooks,* **124 Ohio St.3d 99, 2009-Ohio-6409.**]

*Discretionary appeal accepted, judgment of the court of appeals reversed, and cause remanded to the court of appeals to apply State v. Brewer.*

(No. 2009-1516 — Submitted November 17, 2009 — Decided December 10, 2009.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 91730, 2009-Ohio-3286.

_____

{¶ 1}  The discretionary appeal is accepted.

{¶ 2}  The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals to apply *State v. Brewer*, 121 Ohio St.3d 202, 2009-Ohio-593, 903 N.E.2d 284.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath and Brian M. McDonough, Assistant Prosecuting Attorneys, for appellant.

_____